IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANNETTE E. HESS,** : | **CIVIL ACTION NO. 3:12-CV-1907** |
|    **Plaintiff,** : | **(Chief Judge Conner)** |
| v. : | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,** : | |
|    **Defendant.** : | |

## ORDER

AND NOW, this 7th day of March, 2014, upon consideration of the complaint (Doc. 1) by plaintiff Annette E. Hess ("Hess") seeking review of a decision of the Commissioner of Social Security ("Commissioner") denying Hess's claim for disability insurance benefits and supplemental security income, the answer thereto by the Commissioner (Doc. 7), the administrative record (Doc. 8), and the parties' supporting and responsive briefs (Docs. 9, 10, 11), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Carolyn W. Colvin is SUBSTITUTED for Michael J. Astrue as the defendant Commissioner of Social Security in the above-captioned action.  See Fed. R. Civ. P. 25(d).

2. Hess's appeal (Doc. 1) from the decision of the Commissioner denying claims for disability insurance benefits and supplemental security income is GRANTED.

3. The decision of the Commissioner is REMANDED to the Social Security Administration for further proceedings consistent with the court's memorandum.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania