# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANNETTE E. HESS,** | : CIVIL ACTION NO. 3:12-CV-1907 |
| Plaintiff, | : (Chief Judge Conner) |
| v. | : |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,** | : |
| Defendant. | : |

## ORDER

AND NOW, this 22nd day of July, 2014, upon consideration of plaintiff Annette Hess's motion for attorney fees (Doc. 14) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, as amended, and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's motion for attorney fees (Doc. 14) is GRANTED.

2. The court awards plaintiff a total of $4,571.88 in attorney fees.

3. The government shall pay the attorney fees directly to plaintiff and sent to the business address of plaintiff's counsel, Patricia A. Shoap, Esquire, at the Chambersburg, PA office address.

4. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that plaintiff owes no qualifying, pre-existing debt(s) to the government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this order to the extent necessary to satisfy such debt(s).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania